# EXHIBIT 1

DocuSign Envelope ID: 2CFB106D-102A-4013-8AC3-238C0E3B020E

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

ALAA ELTAHIR,  
On behalf of herself and all  
those similarly situated,

        Plaintiff,

vs.

NOMI HEALTH, INC., A Delaware Corporation;  
MEDX STAFFING, INC., A Florida Corporation;  
MARK NEWMARK, an individual;  
JOSHUA WALKER; an individual;  
DANIEL SCHWENDIMAN, an individual;  
And DOES 1 through 100;  
        Defendants.  
_____/

Case No.: 0:22-cv-61046

**DECLARATION IN SUPPORT OF PLAINTIFF'S CLAIMS**

I, Guirlene Bastien, depose and state as follows:

1. My name is Guirlene Bastien, I am above the age of 18 and a resident of Miami-Dade County. I am fully competent to make this declaration and I have personal knowledge of the facts stated below. To my knowledge, all the facts stated below are true and correct. If called upon as a witness, I could, and would, testify competently to these facts under oath.

2. By profession, I am a Liscenced Practical Nurse.

3. I was hired by Nomi Health, Inc. and Medx Staffing on or around September 14, 2020.

4. I was hired to conduct covid-19 testing at various sites in South Florida, including the Fort Lauderdale Airport, at a rate of thirty-five dollars ($35.00) an hour.

5. I routinely worked more than forty hours a week, but was not paid overtime. Most weeks, I worked seven days a week, 15 hours a day.



DocuSign Envelope ID: 2CFB106D-102A-4013-8AC3-238C0E3B020E

6.    During the course of my employment with Nomi Health and Medx Staffing, I worked in excess of one hundred (100) hours per week.

7.    I was not paid any overtime for the hours I worked in excess of forty (40) during any given week of my employment.

8.    I am entitled to overtime compensation from Nomi Health and Medx Staffing for the hours I worked in excess of forty (40).

9.    I would like to opt into the overtime action brought by Alaa Eltahir.

I understand that I am swearing or affirming under oath that the statements contained in this Declaration are true and correct to the best of my knowledge and belief.

DocuSigned by:

Guirlene Bastien

6/16/2022

DocuSign Envelope ID: 2A415CAC-671D-404D-B211-BE57DB0445D4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

ALAA ELTAHIR, Case No.: 0:22-cv-61046
On behalf of herself and all
those similarly situated,

        Plaintiff,

vs.

NOMI HEALTH, INC., A Delaware Corporation;
MEDX STAFFING, INC., A Florida Corporation;
MARK NEWMARK, an individual;
JOSHUA WALKER; an individual;
DANIEL SCHWENDIMAN, an individual;
And DOES 1 through 100;
        Defendants.
_____/

**DECLARATION IN SUPPORT OF PLAINTIFF'S CLAIMS**

I, Litrenne Beaubriant, deposes and states the follows:

1. My name is Litrenne Beaubriant, I am above the age of 18 and a resident of Broward County. I am fully competent to make this declaration and I have personal knowledge of the facts stated below. To my knowledge, all the facts stated below are true and correct. If called upon as a witness, I could, and would, testify competently to these facts under oath.

2. By profession, I am a Liscenced Practical Nurse.

3. I was hired by Nomi Health, Inc. and Medx Staffing on or around June 2021.

4. I was hired to conduct covid-19 testing at various sites in South Florida, including the Fort Lauderdale Airport at a rate of thirty-five dollars ($35.00) an hour.

5. I routinely worked more than forty hours a week, but was not paid overtime. Most weeks, I worked five or six days a week, 15 hours a day.



DocuSign Envelope ID: 2A415CAC-671D-404D-B211-BE57DB0445D4

6. During the course of my employment with Nomi Health and Medx Staffing, I worked in excess of one hundred (100) hours per week.

7. I was not paid any overtime for the hours I worked in excess of forty (40) during any given week of my employment.

8. I am entitled to overtime compensation from Nomi Health and Medx Staffing for the hours I worked in excess of forty (40).

9. I would like to opt into the overtime action brought by Alaa Eltahir.

I understand that I am swearing or affirming under oath that the statements contained in this Declaration are true and correct to the best of my knowledge and belief.

DocuSigned by:

*[signature]*

Litrenne Beaubriant

6/3/2022

DocuSign Envelope ID: 33DA22C5-C9FE-487C-B0A7-14DFF2D6CFA5

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

ALAA ELTAHIR,
On behalf of herself and all
those similarly situated,

        Plaintiff,

vs.

NOMI HEALTH, INC., A Delaware Corporation;
MEDX STAFFING, INC., A Florida Corporation;
MARK NEWMARK, an individual;
JOSHUA WALKER; an individual;
DANIEL SCHWENDIMAN, an individual;
And DOES 1 through 100;
        Defendants.
_____/

Case No.: 0:22-cv-61046

## DECLARATION IN SUPPORT OF PLAINTIFF'S CLAIMS

I, Karl-Roberte Donatien, depose and state as follows:

1. My name is Karl-Roberte Donatien, I am above the age of 18 and a resident of Broward County. I am fully competent to make this declaration and I have personal knowledge of the facts stated below. To my knowledge, all the facts stated below are true and correct. If called upon as a witness, I could, and would, testify competently to these facts under oath.

2. By profession, I am a Registered Nurse.

3. I was hired by Nomi Health, Inc. and Medx Staffing on or around December 9, 2020 as a Registered Nurse. I worked as a Registered Nurse for Nomi Health, Inc. and Medx Staffing from December 9, 2020 through July of 2021. Thereafter, I worked as a Medical Assistant.



DocuSign Envelope ID: 33DA22C5-C9FE-487C-B0A7-14DFF2D6CFA5

4. I was hired to conduct covid-19 testing at various locations in South Florida, including the Fort Lauderdale Airport, at a rate of fort-five dollars ($45.00) per hour as a Registered Nurse and later seventeen dollars ($17.00) an hour as a Medical Assistant.

5. While employed as a Registered Nurse, I routinely worked more than forty hours a week, but was not paid overtime. Most weeks, I worked five to six days a week, 14 hours a day.

6. During the course of my employment with Nomi Health and Medx Staffing, I routinely worked in excess of seventy (70) hours per week.

7. I was not paid any overtime for the hours I worked in excess of forty (40) during any given week of my employment.

8. I am entitled to overtime compensation from Nomi Health and Medx Staffing for the hours I worked in excess of forty (40).

9. I would like to opt into the overtime action brought by Alaa Eltahir.

I understand that I am swearing or affirming under oath that the statements contained in this Declaration are true and correct to the best of my knowledge and belief.

*[signature]*
Karl-Roberte Donatien

6/3/2022

DocuSign Envelope ID: 27AAC332-A412-439A-AEBF-06E298D7D4B5

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

ALAA ELTAHIR,
On behalf of herself and all
those similarly situated,

        Plaintiff,

vs.

NOMI HEALTH, INC., A Delaware Corporation;
MEDX STAFFING, INC., A Florida Corporation;
MARK NEWMARK, an individual;
JOSHUA WALKER; an individual;
DANIEL SCHWENDIMAN, an individual;
And DOES 1 through 100;
        Defendants.

Case No.: 0:22-cv-61046

## DECLARATION IN SUPPORT OF PLAINTIFF'S CLAIMS

I, Erna Edouard, depose and state the follows:

1. My name is Erna Edouard, I am above the age of 18 and a resident of Palm Beach County. I am fully competent to make this declaration and I have personal knowledge of the facts stated below. To my knowledge, all the facts stated below are true and correct. If called upon as a witness, I could, and would, testify competently to these facts under oath.

2. By profession, I am a Registered Nurse. I became a Registered Nurse on March 31, 2021. Prior to that date, I was employed with Nomi Health and Medx Staffing as a License Practical Nurse.

3. I was hired by Nomi Health, Inc. and Medx Staffing on or around September 2020.

4. I was hired to conduct covid-19 testing at various sites in South Florida, including the Fort Lauderdale Airport, at a rate of forty-five dollars ($45.00) an hour.



DocuSign Envelope ID: 27AAC332-A412-439A-AEBF-06E298D7D4B5

5. I routinely worked more than forty hours a week, but was not paid overtime. Most weeks at the Fort Lauderdale Airport, I worked four or five days a week, 15 hours a day.

6. During the course of my employment with Nomi Health and Medx Staffing, I often worked in excess of seventy-five (75) hours per week.

7. I was not paid any overtime for the hours I worked in excess of forty (40) during any given week of my employment.

8. I am entitled to overtime compensation from Nomi Health and Medx Staffing for the hours I worked in excess of forty (40).

9. I would like to opt into the overtime action brought by Alaa Eltahir.

I understand that I am swearing or affirming under oath that the statements contained in this Declaration are true and correct to the best of my knowledge and belief.

Erna Edouard

6/3/2022

DocuSign Envelope ID: 21A4AD03-B84E-4E4E-99B1-C7EE20F2B691

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

ALAA ELTAHIR,
On behalf of herself and all
those similarly situated,

        Plaintiff,

vs.

NOMI HEALTH, INC., A Delaware Corporation;
MEDX STAFFING, INC., A Florida Corporation;
MARK NEWMAN, an individual;
JOSHUA WALKER; an individual;
DANIEL SCHWENDIMAN, an individual;
And DOES 1 through 100;
        Defendants.
_____/

Case No.: 0:22-cv-61046

**DECLARATION IN SUPPORT OF PLAINTIFF'S CLAIMS**

I, Madiane Jean Pierre, depose and state as follows:

1. My name is Madiane Jean Pierre, I am above the age of 18 and a resident of Palm Beach County. I am fully competent to make this declaration and I have personal knowledge of the facts stated below. To my knowledge, all the facts stated below are true and correct. If called upon as a witness, I could, and would, testify competently to these facts under oath.

2. By profession, I am a Liscenced Practical Nurse.

3. I was hired by Nomi Health, Inc. and Medx Staffing on or around September 2020.

4. I was hired to conduct covid-19 testing at various testing sites in South Florida, including the Fort Lauderdale Airport at a rate of thirty-five dollars ($35.00) an hour. In December of 2021, I was promised, but did not receive, a raise to forty dollars ($40.00) an hour.

5. I routinely worked more than forty hours a week, but was not paid overtime. Most weeks, I worked three to four days a week, 15 hours a day.



DocuSign Envelope ID: 21A4AD03-B84E-4E4E-99B1-C7EE20F2B691

6.     During the course of my employment with Nomi Health and Medx Staffing, I routinely worked in excess of sixty (60) hours per week.

7.     I was not paid any overtime for the hours I worked in excess of forty (40) during any given week of my employment.

8.     I am entitled to overtime compensation from Nomi Health and Medx Staffing for the hours I worked in excess of forty (40).

9.     I would like to opt into the overtime action brought by Alaa Eltahir.

I understand that I am swearing or affirming under oath that the statements contained in this Declaration are true and correct to the best of my knowledge and belief.

DocuSigned by:

*Madiane Jean Pierre* (signature)

Madiane Jean Pierre

6/3/2022

DocuSign Envelope ID: 3AC7C567-141B-4795-A719-E68AD5CA9F1F

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

ALAA ELTAHIR,  
On behalf of herself and all  
those similarly situated,

        Plaintiff,

vs.

NOMI HEALTH, INC., A Delaware Corporation;  
MEDX STAFFING, INC., A Florida Corporation;  
MARK NEWMARK, an individual;  
JOSHUA WALKER; an individual;  
DANIEL SCHWENDIMAN, an individual;  
And DOES 1 through 100;  
        Defendants.  
_____/

Case No.: 0:22-cv-61046

## DECLARATION IN SUPPORT OF PLAINTIFF'S CLAIMS

I, Ismerie Petit, deposes and states the follows:

1. My name is Ismerie Petit, I am above the age of 18 and a resident of Broward County. I am fully competent to make this declaration and I have personal knowledge of the facts stated below. To my knowledge, all the facts stated below are true and correct. If called upon as a witness, I could, and would, testify competently to these facts under oath.

2. By profession, I am a Liscenced Practical Nurse.

3. I was hired by Nomi Health, Inc. and Medx Staffing on or around September 2020.

4. I was hired to conduct covid-19 testing at various sites in South Florida including the Fort Lauderdale Airport at a rate of thirty-five dollars ($35.00) an hour.

5. I routinely worked more than forty hours a week, but was not paid overtime. Most weeks, I worked four days a week and 14 hours a day.

6. During the course of my employment with Nomi Health and Medx Staffing, I routinely worked in excess of fifty-five (55) hours per week.



DocuSign Envelope ID: 3AC7C567-141B-4795-A719-E68AD5CA9F1F

7. I was not paid any overtime for the hours I worked in excess of forty (40) during any given week of my employment.

8. I am entitled to overtime compensation from Nomi Health and Medx Staffing for the hours I worked in excess of forty (40).

9. I would like to opt into the overtime action brought by Alaa Eltahir.

I understand that I am swearing or affirming under oath that the statements contained in this Declaration are true and correct to the best of my knowledge and belief.

DocuSigned by:

Ismerie Petit

6/3/2022

DocuSign Envelope ID: F024DE06-9B8E-490B-B7DC-8ED90EBBC089

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

ALAA ELTAHIR,
On behalf of herself and all
those similarly situated,

        Plaintiff,

vs.

NOMI HEALTH, INC., A Delaware Corporation;
MEDX STAFFING, INC., A Florida Corporation;
MARK NEWMARK, an individual;
JOSHUA WALKER; an individual;
DANIEL SCHWENDIMAN, an individual;
And DOES 1 through 100;
        Defendants.

Case No.: 0:22-cv-61046

## DECLARATION IN SUPPORT OF PLAINTIFF'S CLAIMS

I, Darline Philippi, deposes and states the follows:

1. My name is Darline Philippi, I am above the age of 18 and a resident of Broward County. I am fully competent to make this declaration and I have personal knowledge of the facts stated below. To my knowledge, all the facts stated below are true and correct. If called upon as a witness, I could, and would, testify competently to these facts under oath.

2. By profession, I am a Certified Nursing Assistant.

3. I was hired by Nomi Health, Inc. and Medx Staffing on or around June 2021.

4. I was hired to conduct covid-19 testing at Fort Lauderdale Airport at a rate of twenty dollars ($20.00) an hour.

5. I routinely worked more than forty hours a week, but was not paid overtime. Most weeks, I worked four to five days a week, 12 hours a day.

6. During the course of my employment with Nomi Health and Medx Staffing, I routinely worked in excess of fifty (50) hours per week.

DocuSign Envelope ID: F024DE06-9B8E-490B-B7DC-8ED90EBBC089

7. I was not paid any overtime for the hours I worked in excess of forty (40) during any given week of my employment.

8. I am entitled to overtime compensation from Nomi Health and Medx Staffing for the hours I worked in excess of forty (40).

9. I would like to opt into the overtime action brought by Alaa Eltahir.

I understand that I am swearing or affirming under oath that the statements contained in this Declaration are true and correct to the best of my knowledge and belief.

DocuSigned by:

*Darline Philippi*

Darline Philippi

6/4/2022

DocuSign Envelope ID: 3256C9E1-53D9-4BE9-8F3B-FFC3B167B3D6

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

ALAA ELTAHIR,  
On behalf of herself and all  
those similarly situated,

        Plaintiff,

vs.

NOMI HEALTH, INC., A Delaware Corporation;  
MEDX STAFFING, INC., A Florida Corporation;  
MARK NEWMARK, an individual;  
JOSHUA WALKER; an individual;  
DANIEL SCHWENDIMAN, an individual;  
And DOES 1 through 100;  
        Defendants.  
_____/

Case No.: 0:22-cv-61046

## DECLARATION IN SUPPORT OF PLAINTIFF'S CLAIMS

I, Valerie Toussaint, depose and state as follows:

1. My name is Valerie Toussaint, I am above the age of 18 and a resident of Miami-Dade County. I am fully competent to make this declaration and I have personal knowledge of the facts stated below. To my knowledge, all the facts stated below are true and correct. If called upon as a witness, I could, and would, testify competently to these facts under oath.

2. By profession, I am a Registered Nurse. I became a Registered Nurse in April of 2021. Prior to that time, I was a Liscenced Practical Nurse.

3. I was hired by Nomi Health, Inc. and Medx Staffing as an LPN on or around September 2020.

4. I was hired to conduct covid-19 testing at various locations in south florida, including the Fort Lauderdale Airport, at a rate of thirty-five dollars ($35.00) an hour.

5. I routinely worked more than forty (40) hours a week, but was not paid overtime.

DocuSign Envelope ID: 3256C9E1-53D9-4BE9-8F3B-FFC3B167B3D6

6. During the course of my employment with Nomi Health and Medx Staffing, sometimes I worked in excess of seventy (70) hours per week.

7. I was not paid any overtime for the hours I worked in excess of forty (40) during any given week of my employment.

8. I am entitled to overtime compensation from Nomi Health and Medx Staffing for the hours I worked in excess of forty (40).

9. I would like to opt into the overtime action brought by Alaa Eltahir.

I understand that I am swearing or affirming under oath that the statements contained in this Declaration are true and correct to the best of my knowledge and belief.

*Valerie Toussaint*
Valerie Toussaint

6/3/2022