# EXHIBIT 3

## CONSENT TO JOINT COLLECTIVE ACTION

•       I, _____(print name), consent to join the above styled lawsuit seeking damages for unpaid wages under the FLSA.

•       I am similarly situated to the named Plaintiff in this matter because I performed similar duties for the Defendants and was paid in the same regard as the named Plaintiff.

•       I authorize the named Plaintiff to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiff to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiff's Counsel, and I understand I will be bound be such decisions.

•       I agree to be represented by A. Andrew OBeidy of OBeidy & Associates, P.A. and Cathleen Scott of Scott Wagner & Associates, P.A., counsel for the named Plaintiff.

•       If my consent form is stricken for any reason, I authorize Plaintiff's Counsel to use this consent form to file my claim in a separate or related action.

Date: _____ Signature: _____

**Information below this line will not be filed with the Court:**

Information on this page will not be filed with the Court:

Start and end dates of employment: _____to_____

Mailing Address: _____

City: _____

State: _____

Cell Phone: _____

Carrier_____

Permission to text? Y/N

Alternative Phone: _____

Secure Email (not shared with anyone: _____

Work Locations: _____

Supervisor: _____

Position(s) Held