# EXHIBIT 4

**From:** Melissa Neimoyer <melissa@585strat.com>
**Date:** November 20, 2020 at 8:40:57 PM EST
**To:** Holly Buell <holly@585strat.com>
**Subject: Saturday's Schedule**

**If your name is not listed and you are available tomorrow or Sunday please send a message to Holly or the Med X Staffing number at 855-956-5292. We would really appreciate the help.
Thank you**

**SATURDAY 11/21**
Total Vans: **8**
Warehouse: Colbie Richardson

Soar Park **8-4**: 100 NW 83rd St, Miami, FL
Driver: Dianna Figueroa
Co-driver: Yuleidy Rivera Orta
Site Staff: Michaelle Pierre

Home Depot (Hialeah) **9-5:** 1590 West 49th Pl. Miami, FL
Driver: Jonas Pierre
Co-driver: Alaa Eltahir
Site Staff: Errette Fenelon, Erna Edouar

**From:** Melissa Neimoyer <melissa@585strat.com>
**Date:** November 20, 2020 at 8:40:57 PM EST
**To:** Holly Buell <holly@585strat.com>
**Subject: Saturday's Schedule**

**If your name is not listed and you are available tomorrow or Sunday please send a message to Holly or the Med X Staffing number at 855-956-5292. We would really appreciate the help.
Thank you**

**SATURDAY 11/21**
Total Vans: **8**
Warehouse: Colbie Richardson

Soar Park **8-4**: 100 NW 83rd St, Miami, FL
Driver: Dianna Figueroa
Co-driver: Yuleidy Rivera Orta
Site Staff: Michaelle Pierre

Home Depot (Hialeah) **9-5:** 1590 West 49th Pl. Miami, FL
Driver: Jonas Pierre
Co-driver: Alaa Eltahir
Site Staff: Errette Fenelon, Erna Edouar

**From:** Melissa Neimoyer <melissa@585strat.com>
**Date:** November 20, 2020 at 8:40:57 PM EST
**To:** Holly Buell <holly@585strat.com>
**Subject:** Saturday's Schedule

**If your name is not listed and you are available tomorrow or Sunday please send a message to Holly or the Med X Staffing number at 855-956-5292. We would really appreciate the help.
Thank you**

**SATURDAY 11/21**
Total Vans: **8**
Warehouse: Colbie Richardson

Soar Park **8-4**: 100 NW 83rd St, Miami, FL
Driver: Dianna Figueroa
Co-driver: Yuleidy Rivera Orta
Site Staff: Michaelle Pierre

Home Depot (Hialeah) **9-5:** 1590 West 49th Pl. Miami, FL
Driver: Jonas Pierre
Co-driver: Alaa Eltahir
Site Staff: Errette Fenelon, Erna Edouar

**From:** Melissa Neimoyer <melissa@585strat.com>
**Date:** November 21, 2020 at 6:38:22 PM EST
**To:** Holly Buell <holly@585strat.com>
**Subject: Sunday's Schedule**

If you are available tomorrow please reach out to Holly or the staffing line.

**SUNDAY 11/22**

Total Vans: **8**

Warehouse:

Crandon Park **8-4**: 6747 Crandon Blvd. Key Biscayne, FL 33149 Shelter #4

Driver: Dianna Figueroa
Co-driver: Yuleidy Rivera Orta

Soar Park **8-4**: 100 NW 83rd St, Miami, FL

Driver: Nathalie Petitcar
Co-driver: Carline Soyant

New Birth Baptist Church **8-4:** 2300 NW 135th St. Miami, FL

Driver: Ana Marto
Co-driver: Kary Salazar
Site Staff: Kimberly Harvey-Drake

Zoo Miami **9-5**: 12400 SW 152nd St. Miami, FL

Driver: Gream Yves
Co-driver: ==Guirlene Bastien==
Site Staff: Maxilene Fils-Aime

Home Depot (Hialeah) **9-5:** 1590 West 49th Pl. Miami, FL

Driver: Rocio Gamble
Co-driver: Eiby Diaz
Site Staff: ==Ismerie Petit==

Home Depot (Deerwood) **9-5:** 11905 SW 152nd St. Miami, FL

Driver: Sandra O'Loughlin
Co-driver: Gladys Fortin
Site Staff: Elba Estrada

Dolphin Mall Lot 3/Area E **11-7**: 11401 NW 12th Street, Miami, FL 33172

Driver: Maria Fabrega
Co-driver:
Site Staff: Menande Merzuis, Irlande Saint-Jean, Yseline Etienne, Christina St. Victor (NEW)

Dolphin Mall Lot 4/Area F **11-7**: 11401 NW 12th Street, Miami, FL 33172

Driver: Ramiro Fabrega
Co-driver:
Site Staff: Anela Jean-Louis, Rodlene Bryant, Marie Andre


**From:** Melissa Neimoyer <melissa@585strat.com>
**Date:** November 20, 2020 at 8:40:57 PM EST
**To:** Holly Buell <holly@585strat.com>
**Subject: Saturday's Schedule**


**If your name is not listed and you are available tomorrow or Sunday please send a message to Holly or the Med X Staffing number at 855-956-5292. We would really appreciate the help.**
**Thank you**


**SATURDAY 11/21**

Total Vans: **8**

Warehouse: Colbie Richardson

Soar Park **8-4**: 100 NW 83rd St, Miami, FL

Driver: Dianna Figueroa
Co-driver: Yuleidy Rivera Orta
Site Staff: Michaelle Pierre

Home Depot (Hialeah) **9-5**: 1590 West 49th Pl. Miami, FL

Driver: Jonas Pierre
Co-driver: ==Alaa Eltahir==
Site Staff: Errette Fenelon, ==Erna Edouar==

Home Depot (Deerwood) **9-5**: 11905 SW 152nd St. Miami, FL

Driver: Gream Yves
Co-driver: ==Guirlene Bastien==
Site Staff: Kimberly Harvey-Drake, Elba Estrada