UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61046-CIV-ALTONAGA/Strauss

ALAA ELTAHIR; *et al.*,

    Plaintiffs,

v.

NOMI HEALTH, INC.; *et al.*,

    Defendants.
_____/

ORDER APPROVING SETTLEMENT
AND DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court on the parties' renewed Joint Motion for Approval of Settlement and To Dismiss Action with Prejudice [ECF No. 85], filed on November 22, 2022. Upon review of the Motion, the parties' revised Settlement Agreements and Releases of Claims [ECF Nos. 85-4–85-28], the record, and the parties' documented basis for a settlement of this FLSA case, including awards of attorneys' fees to Plaintiffs' counsel as the prevailing parties, the Court finds that settlement of this action is fair and reasonable and that the requested fees are fair and reasonable and not grossly excessive. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The Motion **[ECF No. 85]** is **GRANTED**.

2.     The revised Settlement Agreements and Releases of Claims **[ECF No. 85-4–85-28]** between Plaintiffs and Defendants, which have been duly filed as records of the Court, are **APPROVED**.

3.     The case is **DISMISSED with prejudice**.

CASE NO. 22-61046-CIV-ALTONAGA/Strauss

4. The Court retains jurisdiction to enforce the terms of the Revised Settlement Agreements and Releases of Claims.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of November, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record